```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

JESSICA WOODS
and JOSHUA EVANS,

      Plaintiffs,

v.                        Civil Action No. 2:13-6467

OXFORD LAW, LLC,

      Defendant.

## JUDGMENT ORDER

In accordance with the memorandum opinion and order entered February 24, 2015 and the subsequent order this day entered in the above-styled civil action, it is ORDERED that:

    1.   The plaintiffs' motion for default judgment be, and it hereby is, granted in part and denied in part;

    2.   The plaintiffs be, and they hereby are, awarded against Oxford Law, LLC the sum of $10,121;

    3.   The plaintiffs be, and they hereby are, awarded against Oxford Law, LLC the sum of $7,800 in attorney's fees;

    4.   The plaintiffs be, and they hereby are, awarded against Oxford Law, LLC the sum of $405 in costs;

    5.   The plaintiffs' claims against John Does 1-10 be,

and they hereby are, dismissed without prejudice; and

      6.   This civil action be, and hereby is, closed and stricken from the court's docket.

      The Clerk is directed to forward copies of this order to all counsel of record and to the defendant, by certified mail, return receipt requested at 311 Veterans Highway, Suite 100A, Levittown, Pennsylvania, 19056.

      DATED: April 30, 2015

      _____
John T. Copenhaver, Jr.
United States District Judge